UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RYAN JAMAL SPENCER, | ) CV 11-813-AHM (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| TIMOTHY BUSBY (Warden), | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: May 31, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6